UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUES AULTMAN, JR., | No. 2:14-cv-1532 KJN P |
| Petitioner, | |
| v. | ORDER |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not paid the court's filing fee or filed an application to proceed in forma pauperis.

The application attacks a conviction issued by the Riverside County Superior Court. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Riverside County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

////

////

////

1 | Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is
2 | transferred to the United States District Court for the Central District of California.
3 | Dated: July 3, 2014

5 | ault1532.108

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE