JS-6
Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 3/6/15

[signature]
DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
MAR 6 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUES AULTMAN, JR., <br><br> Petitioner, <br><br> vs. <br><br> J. LIZARRAGA, Warden, <br><br> Respondent. | Case No. EDCV 14-1411-PSG (RNB) <br><br> **J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

DATED: 3/5/15

[signature]
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE